UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GREG P. DAIGLE<br>    LA. DOC #357961<br>VS. | CIVIL ACTION NO. 6:11-cv-1644<br><br>SECTION P<br><br>JUDGE HAIK |
| WARDEN BURL CAIN | MAGISTRATE JUDGE HILL |

### J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that this petition for writ of *habeas corpus* is **DENIED AND DISMISSED WITH PREJUDICE** as time-barred by the provisions of 28 U.S.C. § 2244(d) and alternatively, pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 10 day of July, 2012.

RICHARD T. HAIK
UNITED STATES DISTRICT JUDGE